| Case | Number | Date | Judge | Disposition |
|---|---|---|---|---|
| Longfellow v. State | 34A02–1704–CR–817 | 08/31/2017 | NAJAM, J. | Reversed and remanded with instruction |
| | | | KIRSCH, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Moore Custom Trailers v. Lynch | 20A05–1611–SC–2520 | 08/31/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Williams v. State | 45A03–1702–CR–346 | 08/31/2017 | RILEY, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Harris v. Harris | 32A01–1702–DR–302 | 08/31/2017 | BARNES, J. | Reversed and remanded |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs in result with separate opinion |
| Lavender v. State | 45A03–1701–CR–105 | 08/31/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Butler v. State | 53A01–1703–CR–468 | 08/31/2017 | RILEY, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | PYLE, J. | Concurs |
| J.B., In re | 49A04–1705–JT–1027 | 08/31/2017 | BRADFORD, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BARNES, J. | Concurs |
| J.N. v. State | 43A04–1703–JV–613 | 08/31/2017 | ALTICE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Outlaw v. State | 02A05–1703–CR–545 | 08/31/2017 | PYLE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |
| K.M.W., In re | 59A04–1703–JT–590 | 08/31/2017 | ROBB, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| McClendon v. State | 79A04–1703–CR–459 | 08/31/2017 | CRONE, J. | Vacated and remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | MATHIAS, J. | Concurs |